IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 12-cr-00504-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH GREENWOOD,

    Defendant

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 8th day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT