UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00504-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH GREENWOOD,

    Defendant.

---

### ORDER ON MOTION FOR COMPASSIONATE RELEASE

---

    Mr. Greenwood, pro se though represented on his reply, moves for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 178. The government opposes the motion. ECF No. 182. After considering the motion, response, reply and supplemental reply, the applicable factors provided in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3582(c)(1)(A), and the applicable policy statements issued by the Sentencing Commission, the Court now grants the motion for the following reasons:

    1.    Mr. Greenwood is a 45-year old gentlemen who was housed at FCI Butner II in North Carolina when he filed the pending motion on September 13, 2021. In his supplemental reply, dated January 5, 2022 but filed on January 11, 2022, he reports that he was scheduled to be moved to a halfway house on January 28, 2022, where he would remain in custody for four months. ECF No. 189 at 1. That is consistent with his counsel's statement in the reply that he is scheduled for release on June 1, 2022. ECF No. 188 at 2.

2.      On November 8, 2013 Mr. Greenwood was found guilty by a jury of two counts of possession of a firearm by a prohibited person and two counts of possession of a controlled substance with the intent to distribute.  On February 3, 2014 he was sentenced to a total term of 132 months imprisonment plus six years of supervised release.  ECF Nos 126, 128.  He has served more than 95% of the incarceration portion of the sentence after adjustment for good time credit.

3.      In support of his motion, Mr. Greenwood states that because of obesity and a long history of having been a heavy smoker, he is susceptible to extra complications if he contracts COVID, even though he has been vaccinated.  He also notes his history of only three disciplinary infractions during the years he has been in prison, his educational and rehabilitative efforts, his lack of a history of violent offenses, and the support of his fiancée with whom he will reside upon his release.

4.      Mr. Greenwood applied administratively for a compassionate release, but his application was denied by the warden of his facility.  ECF No. 178 at 12 (letter of D. Leu, Warden, dated November 10, 2020).

5.      The government opposes the motion.  Procedurally, the government contends that Mr. Greenwood did not exhaust his administrative remedies because he did not pursue an administrative appeal of the warden's decision.  ECF No. 182 at 1-3.  Substantively, the government notes the significant measures the BOP has taken to protect inmates from COVID; Mr. Greenwood's vaccination; that he does not fit into any of the expressly listed categories of extraordinary and compelling reasons; and that the nature of the offense plus Mr. Greenwood's criminal history support his having to serve his full sentence.  *Id.* at 3-11.

6.      The Court appreciates the government's arguments, which in many cases would support a denial.  However, I am satisfied that Mr. Greenwood sufficiently exhausted his administrative remedies.  Moreover, the denial letter is well over a year old, and circumstances have changed.  The COVID-related concerns are applicable to nearly all inmates, and while they alone ordinarily are insufficient to warrant a compassionate release, I consider this case in the context that Mr. Greenwood has served nearly all of the imprisonment portion of his sentence.  My biggest concern is that removal from the halfway house eliminates a buffer that is intended to help in the transition from prison to release.  However, in the circumstances, I find that "enough is enough" in this particular case.

## ORDER

For the reasons discussed in this order, defendant's motion for a compassionate release, ECF No. 178, is GRANTED.  The Court converts the remainder of his prison term to time served.  Upon his release he will still be subject to the term of supervised release previously imposed.  The motion to supplement briefing, ECF No. 189, is GRANTED.

Dated: March 29, 2022

By the Court

R. Brooke Jackson
U.S. District Court Judge